LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PERYOUN NEWMAN,<br><br>Defendant. | Case No. 2:17-cr-00315-APG-GWF<br>**ORDER**<br>AMENDED STIPULATION TO EXTEND RESPONSE DEADLINE TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE SENTENCE [ECF NO. 76]<br><br>(FIRST REQUEST) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, PERYOUN NEWMAN, by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Elizabeth White, Assistant United States Attorney, that the due date for the Defendant's Response to Government's Response in Opposition to Defendant's Motion to Vacate Sentence [ECF No. 76], filed on July 10, 2020, be extended seven (7) days from July 24, 2020 to July 31, 2020.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence [ECF No. 76], filed on July 10, 2020.
2. The parties agree to the continuance.
3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this  30th  day of July, 2020.

                                    Respectfully Submitted,

                                      /s/ Lance Hendron  
                                    Lance J. Hendron, Esq.  
                                    Attorney for Defendant

                                      /s/ Elizabeth White  
                                    Nicholas Trutanich,  
                                    United States Attorney  
                                    Elizabeth White,  
                                    Assistant United States Attorney

HENDRON LAW GROUP LLC  
625 S. EIGHTH STREET  
LAS VEGAS, NEVADA 89101  
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PERYOUN NEWMAN,<br><br>           Defendant. | CASE No. 2:17-cr-00315-APG-GWF |

### FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence filed on July 10, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for the purposed of delay.

4. This is the first stipulation to be filed herein.

## AMENDED ORDER

**IT IS HEREBY ORDERED** that the Defendant herein shall have to and including July 31, 2020, to file any and all Reponses to Government's Response in Opposition to Defendant's Motion to Vacate Sentence.

**IT IS FURTHER STIPULATED AND AGREED,** by and between parties, that the Government shall have to and including August 7, 2020, to file any and all replies.

Dated: July 30, 2020

_____
UNITED STATES DISTRICT JUDGE