# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

United States of America,

            Plaintiff,

     v.

Peryoun Newman,

            Defendant.

JUDGMENT

Case Number: 2:17-cr-00315-APG-GWF

(Related case: 2:20-cv-01142-APG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that defendant Peryoun Newman's motion under 28 U.S.C. § 2255 is denied. A certificate of appealability granted.

3/12/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk